UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-WPB
MAY 2 0 2010
FILED ___ RECEIVED ___

In re:

GREEN, APRIL ANDERSON

Debtor(s)

Case No. 05-35286-PGH
Chapter 7

NOTICE OF DEPOSIT OF FUNDS WITH THE
U. S. BANKRUPTCY COURT CLERK

P A I D
132730 -ck

Notice is hereby given that:

(X)  The Trustee has a balance of **$45,322.69** remaining in his bank account which represents unpresented checks drawn and mailed to creditors of the above named Debtor in accordance with the Order for Payment of Dividends. Your Trustee has made a good faith effort to verify the correct mailing address for said creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( )  The Trustee has a balance of $   remaining in his bank account which represents small dividends as defined by F.R.B.P. 3010.

Attached and made a part of this notice is a list, pursuant to F.R.B.P. 3011, of the names, claim numbers and addresses of the creditors and the amounts to which they are entitled.

**WHEREFORE,** your Trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: May 13, 2010

_____
Michael R. Bakst, Trustee
PMB 702, 222 Lakeview Avenue
Suite 160
West Palm Beach FL 33401
Telephone:   (561) 838-4539
Facsimile:   (561) 514-3439

NAME:     GREEN, APRIL ANDERSON
CASE NO:  05-35286-PGH

| Claim No. | Creditors | Amount of Claimed Allowed | Amount of Dividend |
|---|---|---|---|
| 5 | Ann Taylor<br>P.O. Box 571650<br>Taylorsville, UT 84157-1650<br>(Corrected address provided by Debtor) | $1,100.00 | $1,100.00 |
| 5i** | Ann Taylor<br>P.O. Box 571650<br>Taylorsville, UT 84157-1650<br>**Interest on Claim #5 | 114.13 | 114.13 |
| 7 | Focus Financial Services<br>3800 South Congress Ave., Suite 3<br>Boynton Beach, FL 33426<br>(Corrected address provided by Debtor) | 100.00 | 100.00 |
| 7i** | Focus Financial Services<br>3800 South Congress Ave., Suite 3<br>Boynton Beach, FL 33426<br>**Interest on Claim #7 | 10.38 | 10.38 |
| 8 | Focus Financial Services<br>3800 South Congress Ave., Suite 3<br>Boynton Beach, FL 33426<br>(Corrected address provided by Debtor) | 50.00 | 50.00 |
| 8i** | Focus Financial Services<br>3800 South Congress Ave., Suite 3<br>Boynton Beach, FL 33426<br>**Interest on Claim #8 | 5.19 | 5.19 |
| 9 | Burdines<br>c/o Macy's Corp Services<br>7 West 7th Street<br>Cincinatti, OH 45202<br>(Corrected address provided by Debtor) | 572.00 | 572.00 |
| 9i** | Burdines<br>c/o Macy's Corp Services<br>7 West 7th Street<br>Cincinatti, OH 45202<br>**Interest on Claim #9 | 59.35 | 59.35 |

bjh

| | | | |
|---|---|---|---|
| 13 | Express Limited<br>c/o New York and Company<br>229 Hollie Drive<br>Martinsville, VA  24112<br>(Corrected address provided by Debtor) | 1,100.00 | 1,100.00 |
| 13i** | Express Limited<br>c/o New York and Company<br>229 Hollie Drive<br>Martinsville, VA  24112<br>**Interest on Claim #10 | 114.13 | 114.13 |
| 15 | Household Auto Finance<br>c/o HSBC Auto Finance<br>P.O. Box 17904<br>San Diego, CA  92177-7904<br>(Corrected address provided by Debtor | 13,045.00 | 13,045.00 |
| 15i** | Household Auto Finance<br>c/o HSBC Auto Finance<br>P.O. Box 17904<br>San Diego, CA  92177-7904<br>**Interest on Claim #15 | 1,353.42 | 1,353.42 |
| 18 | Lord & Taylor<br>300 Sheffield Center<br>Lorain, OH  44055 | 1,200.00 | 1,200.00 |
| 18i** | Lord & Taylor<br>300 Sheffield Center<br>Lorain, OH  44055 | 124.50 | 124.50 |
| 19 | Mobil<br>5959 La Colinas Blvd<br>Irving, TX  75039-2298<br>(Corrected address provided by Debtor) | 900.00 | 900.00 |
| 19i** | Mobil<br>5959 La Colinas Blvd<br>Irving, TX  75039-2298<br>**Interest on Claim #19 | 93.38 | 93.38 |
| 20 | United Consumers Inc.<br>c/o Suntrust Bank<br>P.O. Box 4418<br>Atlanta, GA  30302-4418<br>(Corrected address provided by Debtor) | 503.00 | 503.00 |

| | | | |
|---|---|---:|---:|
| 20i** | United Consumers Inc.<br>c/o Suntrust Bank<br>P.O. Box 4418<br>Atlanta, GA  30302-4418<br>**Interest on Claim #20 | 52.19 | 52.19 |
| 21 | Triad Financial Services, Inc.<br>P.O. Box 562088<br>Suite 900N<br>Dallas, TX  75247<br>(Corrected address provided by Debtor) | 11,314.00 | 11,314.00 |
| 21i** | Triad Financial Services, Inc.<br>P.O. Box 562088<br>Suite 900N<br>Dallas, TX  75247<br>**Interest on Claim #21 | 1,173.83 | 1,173.83 |
| 22 | Triad Financial Services, Inc.<br>P.O. Box 562088<br>Suite 900N<br>Dallas, TX  75247<br>(Corrected address provided by Debtor) | 10,302.00 | 10,302.00 |
| 22i** | Triad Financial Services, Inc.<br>P.O. Box 562088<br>Suite 900N<br>Dallas, TX  75247<br>**Interest on Claim #22 | 1,068.83 | 1,068.83 |
| 24 | Wachovia<br>P.O. Box 26090<br>Richmond, VA  23260-6090<br>(Corrected address provided by Debtor) | 876.43 | 876.43 |
| 24i** | Wachovia<br>P.O. Box 26090<br>Richmond, VA  23260-6090<br>**Interest on Claim #24 | 90.93 | 90.93 |
| | TOTAL | | $45,322.69 |

bjh